No. 5,635.—STATE EX REL. WALTER B. SANDS, RELATOR,
    v. CHARLES T. STEWART, SECRETARY OF STATE, RE-
    SPONDENT.

Original application for a writ of mandate to compel re-
spondent to certify relator's name to the clerks and recorders
of certain counties as independent candidate for Judge of the
Eighteenth Judicial District.

Decided October 18, 1924.

PER CURIAM.—Relator's application for writ of mandate
herein is after due consideration by the court denied.

*Messrs. Walsh & Nagle,* for Relator.

———

No. 5,543.—STATE EX REL. J. C. ZIMMERMAN, RELATOR, v.
    DISTRICT COURT ET AL., RESPONDENTS.

Original application for a writ of supervisory control of the
District Court of Wheatland County and William L. Ford,
Judge thereof, to annul certain orders made in the case of
*J. C. Zimmerman* v. *H. E. Whittekind et al.*

Decided October 24, 1924.

PER CURIAM.—Relator's application for a writ of super-
visory control herein, is denied.

*Mr. Emmet O'Sullivan,* for Relator.